ALBERT G. AVERILL, ADMINISTRATOR *vs*. CHARLOTTE J. CONE.

Penobscot County. Decided December 14, 1929. This appeal in equity is not properly before this court. The case furnished is certified by the Clerk below only in part, and in form violates Rule XXIX.

The Appeal, therefore, is returned to the Clerk below for correction of these errors and recertification to the next term of the Law Court. So ordered.